IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>ATP OIL & GAS CORPORATION,<br><br>DEBTOR | CASE NO. 12-36187<br><br>CHAPTER 7 |
| RODNEY TOW, TRUSTEE<br><br>     Plaintiff,<br><br>    v.<br><br>ALLEN G. LOZIER ADL LLC, et al.<br><br>     Defendants. | ADV. NO. 15-03179 |

**STATEMENT OF CONSENT**
[Relates to Adv. Dkt. No. 454]

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

  1. On May 16, 2017, the Court entered its Memorandum Opinion and Order dismissing all claims against defendants Fidelity Management & Research Company, Fidelity Salem Street Trust–Fidelity Strategic D/Convertible Securities FD, Greenleaf Trust, AllianzGI Convertible & Income Fund II, AllianzGI Global Equity & Convertible Income Fund, and Allianz Global Investors Fund Management LLC (the "MTD Defendants"). Adv. Dkt. Nos. 453 and 454.

  2. The dismissal Order further required the MTD Defendants to file statements of consent or non-consent with respect to the entry of a final judgment by the Bankruptcy Court by May 30, 2017.

  3. The MTD Defendants hereby consent to the entry of a final judgment in this adversary proceeding by the Bankruptcy Court.

Dated: May 30, 2017
       Houston, Texas

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

By: /s/ *William R. Greendyke*
William R. Greendyke
State Bar No. 08390450
Bob B. Bruner
State Bar No. 24062637
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246
william.greendyke@nortonrosefulbright.com
bob.bruner@nortonrosefulbright.com

**ATTORNEYS FOR THE MOTION TO DISMISS DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2017, a true and correct copy of the foregoing was served by CM/ECF to all parties registered to receive such notice.

                                         */s/ Bob B. Bruner*
                                         Bob B. Bruner