# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>ATP OIL & GAS CORPORATION<br><br>DEBTOR | CASE NO. 12-36187<br><br>CHAPTER 7 |
| RODNEY TOW, TRUSTEE<br><br>        Plaintiff,<br><br>v.<br><br>ALLEN G. LOZIER ADL LLC, et al.<br><br>        Defendants. | ADV. NO. 15-03179 |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff Rodney Tow, Chapter 7 Trustee for the ATP Oil & Gas Corporation (the "Trustee") files this Notice of Voluntary Dismissal of its claims asserted in the above-captioned adversary proceeding against defendants Bank of America, National Association, Barclays Capital, Inc., BNP Paribas Prime Brokerage, Inc., Brown Brothers Harriman & Co., Citibank, N.A., Citigroup Global Markets, Inc., Credit Suisse Securities (USA) LLC, Goldman Sachs Execution & Clearing, LP, Merrill Lynch, Pierce, Fenner & Smith Incorporated, National Financial Services LLC, The Northern Trust Company, UBS Financial Services, Inc., UBS Securities LLC, and U.S. Bank N.A., with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as incorporated by Federal Rule of Bankruptcy Procedure 7041.

Dated: August 17, 2017

28434654.1

Respectfully submitted,

By: */s/ Christopher D. Lindstrom*
**TIMOTHY MICAH DORTCH**
State Bar No. 24044981
SDTX Bar No. 630903
**COOPER & SCULLY, P.C.**
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Facsimile: (214) 712-9540
Micah.Dortch@cooperscully.com
**ATTORNEY IN CHARGE FOR
RODNEY TOW, TRUSTEE**

**OF COUNSEL**:

**COOPER & SCULLY, P.C.
CHRISTOPHER D. LINDSTROM**
State Bar No. 24032671
SDTX Bar No.: 33525
815 Walker, Suite 1040
Houston, Texas 77002
Telephone: (713) 236-6800
Facsimile: (713) 236-6880
Chris.Lindstrom@cooperscully.com

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing pleading has been served on the parties registered to receive notices via ECF and on the parties listed below via first class mail, proper postage affixed in accordance with the Federal Rules of Civil Procedure on the 17th day of August, 2017:

**T. Paul Bulmahn**
c/o Paul Richard Bessette
King & Spalding LLP
401 Congress Avenue, Suite 3200
Austin, TX 78701

**Nicholas Norman George**
on behalf of Defendant
Morgan Stanley & Co., LLC
1221 Avenue of the Americas
35th Floor
NYC, NY 10020

**RBC Capital Markets, LLC**
c/o Registered Agent
Lawyers Incorporating Service
14 Centre Street
Concord, NH 03301

**Revocable Living Trust of Linda H Nowell**
28 Calle Hermosa
Gulf Breeze, FL 32561

**Morgan Stanley Smith Barney LLC**
c/o Registered Agent
C T Corporation System
1209 N. Orange Street
Wilmington, DE 19801

**The Huntington National Bank**
c/o Registered Agent
David A. Jones, Assistant Vice President
41 S High Street Huntington Ctr
Columbus, OH 43287-0001

**TD Waterhouse Canada Inc./CDS**
c/o Registered Agent
Incorporating Services, Ltd.
5601 S. 59th St., Suite C
Lincoln, NE 68516

**Judith A. Meyer on behalf of Defendant**
**Raymond, James & Associates, Inc.**
Ogden Gibson, et al
711 Louisiana St. Suite 1900
Houston, Texas 77002

**Kenneth C. Yeager, Esq**.
Law Offices of Drociak & Yeager
7627 So. Western Ave.
Los Angeles, CA 90047-2495

**Martha A Spencer**
1815 Collingswood Court
Westlake Village, CA 91362

          */s/ Christopher D. Lindstrom*
          **CHRISTOPHER D. LINDSTROM**